

United States District Court
Eastern District of California

R.E.

Plaintiff(s)

V.

Tonya Andrews, et al

Defendant(s)

Case Number: 1:26-cv-01819-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Ruben Loyo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Petitioner R.E.

On __05/08/2024__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of the State of Illinois__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __03/09/2026__          Signature of Applicant: /s/ __Ruben Loyo__

**Pro Hac Vice Attorney**

Applicant's Name: Ruben Loyo

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street

#70010

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (510) 214-2685

City and State of Residence: Chicago, IL

Primary E-mail Address: ruben@ild.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tania Linares Garcia

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street

#70010

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (510) 473-2989    Bar # 307980

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 9, 2026

JUDGE, U.S. DISTRICT COURT