

# United States District Court
# Eastern District of California

R.E.

Plaintiff(s)

V.

Tonya Andrews, et al

Defendant(s)

Case Number: 1:26-cv-01819-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Tara Djukanovic _____ hereby applies for permission to appear and participate as

Petitioner, R.E.

On ____05/21/2025____ (date), I was admitted to practice and presently in good standing in the
____Commonwealth of Massachusetts____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: ____05/19/2026____     Signature of Applicant: /s/ Tara Djukanovic _____

**Pro Hac Vice Attorney**

Applicant's Name: Tara Djukanovic

Law Firm Name: Mayer Brown LLP

Address: 1999 K St NW

#1044

City: Washington     State: D.C.     Zip: 20001

Phone Number w/Area Code: (515) 829-1002

City and State of Residence: Washington, D.C.

Primary E-mail Address: TDjukanovic@mayerbrown.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tania Linares Garcia

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street

#70010

City: Oakland     State: CA     Zip: 94612

Phone Number w/Area Code: (510) 473-2989     Bar # 307980

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 22, 2026

_Carol M. Delaney_
JUDGE, U.S. DISTRICT COURT